IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY BECK, | No. 4:24-CV-02247 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| C.O. BECKLY, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 16th day of June 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Eighth Amendment failure-to-protect or failure-to-intervene claims against defendants Emigh, McMan, and Lt. Harlow are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's First Amendment retaliation claims against defendants Emigh, McMan, Frisco, Sgt. Fleck, and Lt. Harlow are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3. Plaintiff's request (Doc. 1) for a preliminary injunction is **DISMISSED** as moot.

4. The Clerk of Court is directed to add "C.O. Gailey" as a defendant in this case.[1]  The Clerk of Court is further directed to rename CM/ECF Document 6 as Plaintiff's "Complaint."

---

[1] *See* Doc. 1 at p. 1; Doc. 6 ¶ 10.

5. Plaintiff, if he desires, may file an amended complaint in accordance with the accompanying Memorandum within <u>21 days</u> of the date of this Order.

6. If no amended complaint is timely filed, this case will proceed on the following Section 1983 claims only: (1) Eighth Amendment excessive force against Beckly, Michaels, Diel, Gailey, Frisco, and Sgt. Fleck; and (2) First Amendment retaliation against Beckly, Micheals, Diel, and Gailey.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge