**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANTHONY BECK,

        Plaintiff,

    v.

C.O. BECKLY, *et al.*,

        Defendants.

No. 4:24-CV-02247

(Chief Judge Brann)

## <u>ORDER</u>

**AND NOW**, this 5th day of June 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.    Defendant Bradley Booher's motion (Doc. 43) to dismiss Plaintiff's amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**. All claims against Booher are **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

2.    The motion (Doc. 34) for partial dismissal of Plaintiff's amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by defendants Beckley, Michaels, Diehl, Gailey, Frisco, and Fleck is **GRANTED** in part and **DENIED** in part, as follows:

    a.    Plaintiff's Section 1983 conspiracy claims are **DISMISSED** with prejudice as to all Defendants pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

    b.    Plaintiff's First Amendment retaliation claims against defendants Frisco and Fleck are **DISMISSED** with prejudice under the law of the case doctrine.

    c.    Defendants' Rule 12(b)(6) motion is **DENIED** in all other respects.

3.    The Clerk of Court is directed to terminate defendant Bradley Booher.

4.    This case will proceed only on the following claims: (1) individual capacity Eighth Amendment excessive force against Beckley, Michaels, Diehl, Gailey, Frisco, and Fleck; and (2) individual capacity First Amendment retaliation against Beckley, Michaels, Diehl, and Gailey

5.    The remaining Defendants shall file appropriate responsive pleadings to Plaintiff's amended complaint pursuant to Federal Rule of Civil Procedure 12(a)(4)(A).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2